**Entered on Docket**
**January 28, 2011**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**The following constitutes the order of the court. Signed January 28, 2011**

Stephen L. Johnson
U.S. Bankruptcy Judge

**KEVIN R. MARTIN (SBN 176853)**
**PATTON MARTIN & SULLIVAN LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566-8058
925-600-1800 Phone
925-600-1802 Fax

Attorneys for Plaintiff J.R. Financial Lending, Inc.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>RUTH VAN DEROSTYNE<br><br>Debtor, | **Case No. 07-54384**<br>**Adversary Proceeding No. 10-05411**<br><br>**Chapter 13** |
| J.R. FINANCIAL LENDING, INC.<br><br>Plaintiff,<br><br>vs.<br><br>RUTH VAN DEROSTYNE,<br><br>Defendant. | **JUDGMENT** |

As the parties having stipulated to judgment in this matter, it is the Order of this Court that JUDGMENT in favor of J.R. FINANCIAL LENDING, INC. in the amount of $1,027,095.00 is entered against RUTH VAN DEROSTYNE.

END OF ORDER.